In the Matter of Revocation of Restaurant Liquor License Etc. Vincent Luvera, t/a Naples Pizza, Appellant.

Submitted on briefs December 15, 1982, to Judges ROGERS, CRAIG and MACPHAIL, sitting as a panel of three.

286

 

*Richard D. Director,* for appellant.

*Gary F. DiVito,* Assistant Counsel, for appellee.

OPINION BY JUDGE ROGERS, January 20, 1983:

This is the appeal by Vincent Luvera, the holder of a liquor license, from an order of the Court of Common Pleas of Lehigh County affirming the order of the Pennsylvania Liquor Control Board imposing a $300.00 fine upon the licensee. We affirm the order on the opinion of Judge GARDNER reported at Pa. D. & C.3rd .

ORDER

AND Now, this 20th day of January, 1983, the order of the Court of Common Pleas of Lehigh County in the above matter is affirmed.